# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

January 13, 2021

**_VIA ECF_**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

**Re:   Drake v. B&F Electric Motors, Inc., _et al._
        Case No. 1:20-cv-10283-RA**

Dear Judge Abrams:

We represent Defendants in connection with the above matter and write on behalf of all parties.

The parties have scheduled a mediation in this matter for February 17, 2021.  In light of the upcoming mediation, the parties jointly request a brief adjournment of the initial status conference currently scheduled for January 29th at 1 p.m., as well as the pre-conference submissions currently due on January 22nd, until a date shortly after the February 17th mediation. This is the parties' first request for an adjournment of the initial status conference.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Isaac J. Burker
Jackson Lewis P.C.
(914) 872-6870
Isaac.Burker@jacksonlewis.com

Application granted. The initial pre-trial conference currently scheduled for January 29, 2021 is hereby adjourned until March 5, 2021 at 2:00 pm.  The parties shall submit a joint status letter within one week of the completion of mediation informing the Court as to whether mediation was successful.
SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
January 13, 2021

cc:    Counsel of Record *(via ECF)*

-

Case 1:20-cv-10283-RA   Document 10   Filed 01/13/21   Page 2 of 2